IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CLINTON TEKE TEKE, A# 221-391-492                                    PETITIONER

v.                                              CIVIL ACTION NO. 5:26-cv-433-DCB-BWR

PAMELA BONDI, ET AL.                                                RESPONDENTS

<u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

This matter is before the Court sua sponte for consideration of dismissal.    The Court has liberally construed the pleadings.    For the reasons that follow, this case is dismissed.

Pro se Petitioner Clinton Teke Teke ("Petitioner") brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his detention by immigration authorities at the Adams County Correctional Center in Natchez, Mississippi.    Petitioner's Petition [1] is a duplication of Petitioner's prior Petition for Writ of Habeas Corpus filed in this Court as civil action number 5:26-cv-382-DCB-BWR (S.D. Miss. filed Apr. 23, 2026).    On May 26, 2026, United States Magistrate Judge Rath directed the Respondent to file either an answer or other responsive pleading to Petitioner's first habeas Petition in civil action number 5:26-cv-382, *see* Order [4].    Petitioner is clearly proceeding with his habeas petition in this other case.

A civil action, including a habeas action, may be dismissed if it is duplicative of another action pending in the same court. *Norwood v. United States*, 235 F. App'x 231, 231 (5th Cir. 2007) (affirming dismissal of habeas case as duplicative) (citing *Pittman v. Moore*, 980 F.2d 994, 994-95 (5th Cir. 1993)); *Oliney v. Gardner*, 771 F.2d 856, 859 (5th Cir. 1985) (citation omitted) (finding litigant "had no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendants").    Because the instant Petition repeats Petitioner's other pending habeas case, this later filed case is dismissed as duplicative.

2

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is

**DISMISSED WITHOUT PREJUDICE** to Petitioner's pursuit of his habeas petition in civil

action number 5:26-cv-382-DCB-BWR (S.D. Miss.).   A separate final judgment will issue

pursuant to Federal Rule of Civil Procedure 58.

   **SO ORDERED AND ADJUDGED**, this, the  3rd  day of June, 2026.

         s/David Bramlette        
         UNITED STATES DISTRICT JUDGE